IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIE LEE TUCKER, | : |
| Plaintiff, | : |
| VS. | : CIVIL ACTION FILE<br>: NO.  5:08-CV-207 (HL) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : |
| Defendants. | : |

RECOMMENDATION OF DISMISSAL

This Social Security Appeal has been automatically referred to the undersigned pursuant to Local Rule 72.1.  Upon review of the Plaintiff's petition to proceed in this matter *in forma pauperis* it was noted that Plaintiff had failed to sign the petition and thereby affirm the truthfulness of its contents.  The court instructed the Deputy Clerk of Court to whom this matter is assigned to write the Plaintiff in order to obtain his signature. On Friday, August 22, 2008, Plaintiff appeared in the Office of the Clerk of Court but refused to sign his petition.  While in the Office of the Clark of Court plaintiff conducted himself in such a manner that the undersigned directed that the Deputy Clerk summons Deputy United States Marshals for the security and safety of Clerks Office employees.

On August 25, 2008, the undersigned ordered that plaintiff either sign his petition to proceed in this matter *in forma pauperis* or alternatively pay the civil filing fee of $350.00 by Friday, September 19, 2008, failing which an immediate recommendation of dismissal would be entered (Doc. # 9).  Plaintiff has failed to comply with the dictates of the August 25, 2008 order.  Accordingly it is the RECOMMENDATION of the undersigned that plaintiff's complaint be

dismissed for his failure to comply with an order of this court.  Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, Chief United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED,** this 22nd day of September 2008.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE