IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**WILLIE LEE TUCKER,**

    **Plaintiff,**

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**

: : : : : : : : : :

**Civil Action No.**
**5:08-CV-207 (HL)**

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 13), which recommends dismissing Plaintiff's complaint (Doc. 1).[1] Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a *de novo* determination of the portions of the R&R to which Plaintiff objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge. Accordingly, Plaintiff's complaint is dismissed.

---

[1] The R&R is founded upon Plaintiff's refusal to sign his petition to proceed in this matter *in forma pauperis*. On August 25, 2008, the Magistrate Judge ordered that Plaintiff either sign his petition to proceed *in forma pauperis* or alternatively pay the civil filing fee of $350.00 by Friday, September 19, 2008, failing which an immediate recommendation of dismissal would be entered. To date, Plaintiff has failed to comply with the dictates of the August 25, 2008 order.

**SO ORDERED**, this the 2nd day of April, 2009.

<u>***s/ Hugh Lawson***</u>
**HUGH LAWSON, Judge**

wjc